**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 64 WAL 2018

              Respondent   :

                        :   Petition for Allowance of Appeal from

                        :   the Order of the Superior Court

           v.   :

                        :

                        :

TERRANCE PRATT,   :

                        :

            Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.